### GORDON *v.* GORDON.

HILL, J. The uncontroverted evidence in this case supported the allegations of the libel for divorce; and the jury having returned a verdict contrary to the uncontroverted evidence, the verdict for the defendant

was unauthorized, and the court below erred in refusing a new trial based only on the usual general grounds. Civil Code (1910), §§ 2945, 2946.

*Judgment reversed. All the Justices concur, except Russell, C. J., dissenting.*